## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01560-MSK-BNB

MARY THOMPSON,

    Plaintiff,

v.

NELSON WATSON & ASSOCIATES, LLC, a Massachusetts limited liability company,

    Defendant.

---

## NOTICE OF SETTLEMENT

---

COMES NOW the Plaintiff, Mary Thompson, by and through her attorney, David M. Larson, and the Defendant, Nelson Watson & Associates, LLC, by and through its attorney, Adam L. Plotkin, and for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Parties will be filing a Stipulation of Dismissal with Prejudice once the Plaintiff has received the settlement funds and the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by November 21, 2007.

Dated: November 12, 2007.

Respectfully Submitted,

| | |
|---|---|
| s/ David M. Larson | s/ Adam L. Plotkin |
| David M. Larson, Esq. | Adam L. Plotkin, Esq. |
| 405 S. Cascade Avenue Suite 305 | Adam L. Plotkin, PC |
| Colorado Springs, CO 80903 | 621 17th Street Suite 2400 |
| (719) 473-0006 | Denver, CO 80293 |
| Attorney for the Plaintiff | (303) 296-3566 |
| | Attorneys for the Defendant |